Stephanie S. Christensen
Acting United States Attorney

CHARLOTTE HUFFMAN (IL Bar No. 6296779)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611 – Ben Franklin Station
Washington, D. C.  20044
Telephone:   (202) 305-5160
Facsimile:    (202) 353-7763
charlotte.huffman@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | **COMPLAINT IN CONDEMNATION WITH DECLARATION OF TAKING** |
| v. | |
| MINERAL INTERESTS IN 1,370 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, CALIFORNIA; PAC OPERATING LIMITED PARTNERSHIP, A DELAWARE LIMITED PARTNERSHIP, AS SUCCESSOR TO CATELLUS DEVELOPMENT CORPORATION, A DELAWARE CORPORATION; SAN BERNARDINO COUNTY; AND UNKNOWN OWNERS, | 30 U.S.C. §3114 |
| Defendants. | |

1

1. This is an action of a civil nature brought by the United States of America at the request of the Department of Navy, for the taking of property, under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3. The authority for the taking of the property is under and in accordance with the authorities set forth in Schedule "A," which is attached hereto and made a part hereof.

4. The public purpose for which said interests in property are taken is described in Schedule "B," which is attached hereto and made a part hereof.

5. A legal description of the property being taken is set forth in Schedule "C," which is attached hereto and made a part hereof.

6. Plats and surveys showing the property being taken is shown on Schedule "D," which is attached hereto and made a part hereof.

7. The estates taken for said public uses and the estimated just compensation therefore, are set forth in Schedules "E" and "F," which are attached hereto and made a part hereof.

8. The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule "G" attached hereto and made a part

hereof.

WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

DATED: September 1, 2022         UNITED STATES OF AMERICA

*s/ Charlotte Huffman*
CHARLOTTE HUFFMAN
E-mail: charlotte.huffman@usdoj.gov

*Attorney for Plaintiff United States of America*