# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) Case No.: _____ |
| | ) |
| vs. | ) **DECLARATION OF TAKING** |
| | ) |
| Mineral Interests in 1,370 Acres of Land, more or less, Situate in San Bernardino County, California; PAC Operating Limited Partnership, a Delaware limited partnership, as successor to Catellus Development Corporation, a Delaware corporation; San Bernardino County; and Unknown Owners, | ) |
| Defendants. | ) |

TO THE HONORABLE UNTED STATES DISTRICT COURT:

I, James B. Balocki, Deputy Assistant Secretary of the Navy for Installations and Facilities, hereby declare:

1. The authority for the acquisition of the mineral interests taken is set forth in Schedule A.

2. The public purpose for which the mineral interests are taken is set forth in Schedule B.

3. The legal description of the property subject to the mineral interests taken is set forth in Schedule C.

4. A map showing the land subject to the mineral interests taken is set forth in Schedule D.

5. The interests taken in the property is set forth in Schedule E.

6. The amount estimated to be just compensation for the taking, which sum I caused to be deposited in the registry of the Court for the use and benefit of the persons entitled to it, is set forth in Schedule F. I am of the opinion that the ultimate award for the taking will be within the limit prescribed by law on the price to be paid for it.

7. The parties who have or may claim an interest in the mineral interests taken are set forth in Schedule G.

I, James B. Balocki, Deputy Assistant Secretary of the Navy for Installations and Facilities, state and declare that the property rights acquired are taken in the name of and for the use of the United States of America under the authority and for the public purpose stated herein.

IN WITNESS WHEREOF, the United States of America, by the Department of the Navy and the Deputy Assistant Secretary for Installations and Facilities, thereunto authorized, has caused this Declaration of Taking to be signed this 27th day of SEPTEmbER, 2017.

UNITED STATES OF AMERICA

BY: _____
JAMES B. BALOCKI
Deputy Assistant Secretary of the Navy
(Installations and Facilities)

2

## SCHEDULE A
## <u>AUTHORITY</u>

This Declaration of Taking is filed pursuant to the authority of the Act of Congress approved August 1, 1888 (40 U.S.C. § 3113), as amended; the Act of Congress approved February 26, 1931 (40 U.S.C. § 3114); 10 U.S.C. § 2663(a)(1)(A), which authorizes the Secretary of a military department to have proceedings brought in the name of the United States, in a court of proper jurisdiction, to acquire by condemnation any interest in land, including temporary use, needed for the site, construction, or operation of fortifications, coast defenses, or military training camps; the Act of Congress under the National Defense Authorization Act for Fiscal Year 2012, Public Law (P. L.) 112-81 § 2201 at 125 Stat. 1666, which authorized Military Construction Project P- 991, allowing for the acquisition of private and state owned land in fee title, and for private mineral and water rights, as well as for withdrawal of federal land from all public uses; and the Act of Congress under the Consolidated Appropriations Act, 2012, P.L. 112-74, which appropriated funds for the Department of Defense.

Further authorities include the National Defense Authorization Act for Fiscal Year 2013, P. L. 112-239 § 2201 at 126 Stat. 2122-2123, which authorized Military Construction Project P-992, allowing for Phase 2 of the land expansion including private land acquisition; and the Act of Congress under the Consolidated and Further Continuing Appropriations Act, 2013, P.L. 113-6, which appropriated funds for the Department of Defense.

Further authorities include the National Defense Authorization Act for Fiscal Year 2014, P.L. 113-66, which authorized withdrawal and reservation of public land, and management of reserved land; and the Act of Congress under the Consolidated Appropriations Act, 2014, P.L.

113–76; the Act of Congress under the Consolidated and Further Continuing Appropriations Act, 2015, P.L. 113–235; the Act of Congress under the Consolidated Appropriations Act, 2016, P.L. 114–113; and the Continuing Appropriations and Military Construction, Veterans Affairs, and Related Agencies Appropriations Act, 2017, and Zika Response and Preparedness Act, P.L. 114–223, all of which appropriated funds for the Department of Defense.

The authority granted to the Secretary of the Navy in 10 U.S.C. § 2663(a)(1)(A) was delegated to the Assistant Secretary of the Navy (Energy, Installations and Environment) (ASN (EI&E)) in SECNAVINST 5430.7 (series). This authority was further delegated from ASN (EI&E) to Deputy Assistant Secretary of the Navy (Installations and Facilities) (DASN (I&F)) in an ASN (EI&E) memo, dated 27 March 2017.

## SCHEDULE B
## <u>PUBLIC PURPOSE</u>

The property interests described in Schedule C are taken for the public purpose of national defense and military use by the United States as authorized by law, including, but not limited to: field training for large-scale United States Marine Corps air ground task forces; training ranges; and equipment and tactics development.

## SCHEDULE C
## LEGAL DESCRIPTION

The mineral rights referred to herein below are situated in the unincorporated area of the county of San Bernardino, State of California, and are described as follows:

ALL OF SECTION 1, TOWNSHIP 5 NORTH, RANGE 3 EAST, SAN BERNARDINO BASE AND MERIDIAN, ACCORDING IN THE OFFICIAL PLAT OF SAID LAND APPROVED BY THE SURVEYOR GENERAL, DATED JUNE 25, 1856, AND ALL OF SECTION 25, TOWNSHIP 6 NORTH, RANGE 3 EAST, SAN BERNARDINO BASE AND MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND APPROVED BY THE SURVEYOR GENERAL, DATED JUNE 2, 1921:

ALL MINERALS, OIL, NATURAL GAS, HYDROCARBONS, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, SAND GRAVEL AND AGGREGATES, BY WHATSOEVER NAME KNOWN, AND PRODUCTS DERIVED THEREFROM, THAT MAY BE IN OR UNDER SAID PROPERTY, EXCEPTING THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF SAID SECTION 25 AND THE SOUTHEAST 1/4 OF THE SOUTHEAST 1/4 OF THE SOUTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SAID SECTION 1, BELOW A DEPTH OF 500 FEET FROM THE SURFACE THEREOF, TOGETHER WITH THE PERPETUAL AND EXCLUSIVE RIGHTS THERETO, INCLUDING THE RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFOR THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THOSE HEREINABOVE DESCRIBED, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND HEREINABOVE DESCRIBED, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY

DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES, WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, EXPLORE AND OPERATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE, AS RESERVED IN THE DEED FROM THE SOUTHERN PACIFIC LAND COMPANY, RECORDED JANUARY 7, 1974 IN BOOK 8341, PAGE 2, OFFICIAL RECORDS.

ALSO ALL MINERALS, OIL, NATURAL GAS, HYDROCARBONS, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, SAND, GRAVEL AND AGGREGATES, BY WHATSOEVER NAME KNOWN, AND PRODUCTS DERIVED THEREFROM, THAT MAY BE IN OR UNDER THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF SAID SECTION 25 AND SOUTHEAST 1/4 OF THE SOUTHEAST 1/4 OF THE SOUTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 1, TOGETHER WITH THE PERPETUAL AND EXCLUSIVE RIGHTS THERETO, INCLUDING THE RIGHT OF DRILLING, MINING, EXPLORING, AND OPERATING THEREFOR, AND TO MAKE SUCH USE OF THE ABOVE DESCRIBED PROPERTY AS IS NECESSARY OR USEFUL IN CONNECTION THEREWITH, AS RESERVED IN THE DEED FROM SOUTHERN PACIFIC LAND COMPANY, RECORDED JANUARY 7, 1974 IN BOOK 8341, PAGE 2, OFFICIAL RECORDS.

APN: 0527-281-06 (Section 1), 0527-021-07 (Section 25)



SCHEDULE D
APN 0527-281-06
APN 0527-281-06
Fractional Sec.1,2,3,4,5,6, & Sec.7,8,9,10,11,12,13,14,15,16,17,18
T.5N.,R.3E., S.B.B.&M.
1"=2640'
T.6N.,R.2E.
T.5N.,R.2E.
T.6N.,R.3E.
T.5N.,R.3E.
T.5N.,R.2E.
T.5N.,R.3E.
T.5N.,R.3E.
T.5N.,R.4E.
0448
04
281
SEC. 6 (727.24 AC.)
SEC. 5
SEC. 4 (711.48 AC.)
SEC. 3 (718.23 AC.)
SEC. 2 (716.32 AC.)
SEC. 1 733.38 AC
MAP 148-36-181 PAR. NO. 3
SEC. 7
SEC. 8 (320 AC.)
SEC. 9 (640 AC.)
SEC. 10 (640 AC.)
SEC. 11 (640 AC.)
SEC. 12 (640 AC.)
SEC. 18
SEC. 17 (160 AC.)
SEC. 16 (480 AC.)
SEC. 15 (640 AC.)
SEC. 14 (640 AC.)
SEC. 13 (640 AC.)
BESSEMER MINE ROAD
Assessor's Map
Book 0527 Page 28
San Bernardino County

8

Fract. Sec.19,30, & Sec.20,21,22,23,24,25,26,27,28,29,33,34,35,36
T.6N.,R.3E., S.B.B.&M.

1"=2640'

(03)

| G.L.1 (46 AC.) | | | | | | | COUNTY |
| G.L.2 (46.49 AC.) | SEC. (01) 19 (666.92 AC.) | SEC. (02) 20 (640 AC.) | SEC. (03) 21 640 AC. | SEC. (04) 22 (640 AC.) | SEC. (05) 23 (640 AC.) | SEC. (06) 24 (640 AC.) | ROAD |
| G.L.3 (46.97 AC.) | | | | | | | |
| G.L.4 (47.46 AC.) | | | | | | | |

0448 / 03

T.6N., R.2E. | T.6N., R.3E.

G.L.1 (47.94 AC.)
G.L.2 (48.41 AC.) — SEC. (12) 30 673.37 AC.
G.L.3 (48.62 AC.) — SEC. (11) 29 640 AC.
G.L.4 (48.32 AC.) — SEC. (10) 28 640 AC. —(021)— SEC. (09) 27 (640 AC.) — SEC. (08) 26 (640 AC.) — SEC. (07) 25 640 AC.

MAP 148-36-181 PAR. NO. 2

T.6N., R.3E. | T.6N., R.4E.

(16)

(01)

MAP 148-36-187 PAR. NO. 3
160 AC.   (30) 400 AC. 160 AC.

(01) — SEC. (13) 33 640 AC. — SEC. (14) 34 (640 AC.) — SEC. (15) 35 (640 AC.) — SEC. 36 (640 AC.)

S.L.T.C. ESMT   330  100   230

595 AC. NET

(31) 80 AC.   (32) 160 AC.

T.6N., R.3E.
T.5N., R.3E.

MAP 148-36-188 PAR. NO. 8
MAP 148-36-189 PAR. NO. 9

(28)

APN 0527-021-07

Assessor's Map
Book 0527 Page 02
San Bernardino County

APN 0527-021-07

## SCHEDULE E
## ESTATE TAKEN

All minerals reserved by Southern Pacific Land Company, in that certain Grant Deed recorded January 7, 1974 in Book 8341, Page 2, Official Records, County Of San Bernardino, California, including all minerals, oil, natural gas, hydrocarbons, geothermal steam, brines and minerals in solution, sand, gravel, and aggregates, by whatsoever name known, and products derived therefrom, that may be in or under said property, together with the perpetual and exclusive rights thereto, including the right of drilling, mining, exploring and operating therefor and the right to whipstock or directionally drill and mine from lands other than those described in Schedule C, oil or gas wells, tunnels and shafts into, through or across the subsurface of the land hereinabove described, and to bottom such whipstocked or directionally drilled wells, tunnels, and shafts under and beneath or beyond the exterior limits thereof, and to redrill, retunnel, equip, maintain, repair, deepen and operate any such wells or mines, and the right of drilling, mining, exploring and operating therefor, and to make such use of the said properties, as described in Schedule C, as is necessary or useful in connection therewith, any and all other mineral rights, whether or not appearing in the public record in, on and under two (2) parcels of land totaling approximately 1,370 acres, located in the County of San Bernardino, State of California.

## SCHEDULE F
## ESTIMATE OF JUST COMPENSATION

    The estimated just compensation for the interests being taken is Twenty-Two Thousand Nine Hundred Twenty-Five and 68/100 Dollars ($22,925.68).

# SCHEDULE G
## INTERESTED PARTIES

Names and addresses of parties who have or may claim an interest in the mineral interests are as follows:

| Interested Party | Reference (if known) |
|---|---|
| **PAC Operating Limited Partnership**, a Delaware limited partnership, as successor to Catellus Development Corporation, a Delaware corporation<br><br>c/o CSC - Lawyers Incorporating Service<br>2710 Gateway Oaks Dr., Suite 150N<br>Sacramento, CA  95833<br><br>With a copy to:<br>Anne LaPlace<br>FVP, Senior Counsel<br>Prologis<br>1800 Wazee Street, Suite 500<br>Denver, CO 80202 | By virtue of a Grant Deed dated October 10, 1973, and recorded in the Official Records, County of San Bernardino on January 7, 1974 at Page 2, Book 8341, in which **Southern Pacific Land Company**, a California corporation, reserved the interests set forth in Schedule C;<br><br>**Santa Fe Pacific Realty Corporation**, a Delaware corporation, became successor by merger to Southern Pacific Land Company by virtue of a Merger Agreement filed with the State of California Secretary of State as Document No. D279583, on September 29, 1988;<br><br>Santa Fe Pacific Realty Corporation filed a name change to **Catellus Development Corporation**, Delaware corporation, by virtue of Document No. A388836, filed on June 21, 1990, with the State of California Secretary of State;<br><br>**Catellus Operating Limited Partnership**, a Delaware limited partnership, became successor by merger to Catellus Development Corporation by virtue of an Agreement and Plan of Merger dated July 31, 2003 and a Certificate of Merger, filed as SRV No. 030765616 with the State of Delaware Secretary of State on December 1, 2003;<br><br>Catellus Operating Limited Partnership changed its name to **PAC Operating Limited Partnership** by virtue of the Amendment to Certificate of Limited Partnership, filed as SRV No. 110342520 with the State of Delaware Secretary of State on March 25, 2011. |

| | |
|---|---|
| **San Bernardino County**<br>268 West Hospitality Lane, 1st Floor<br>San Bernardino, CA 92415-0360<br><br>*Please serve:*<br><br>Mitchell L. Norton<br>Deputy County Counsel<br>385 N. Arrowhead Ave., Floor 4<br>San Bernardino, CA, 92415-0103<br>(909) 387-5444 | APN: 0527-281-06, 0527-021-07 |
| **Unknown Owners**<br><br>*To be served by publication* | |