Note Changes Made by Court

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MINERAL INTERESTS IN 1,370 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, CALIFORNIA; PAC OPERATING LIMITED PARTNERSHIP, A DELAWARE LIMITED PARTNERSHIP, AS SUCCESSOR TO CATELLUS DEVELOPMENT CORPORATION, A DELAWARE CORPORATION; et al.,

Defendants.

Case No. 5:22-cv-01541-JFW-KK

**FINAL JUDGMENT ORDER**

Before the Court is Plaintiff United States' Motion for a Determination of Just Compensation and Title, Entry of Stipulation as to Just Compensation, and Entry of Judgment ("Motion"). The Court, having considered the Motion, makes the following findings of fact:

1. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

2. This is an eminent domain action brought pursuant to 40 U.S.C. §§ 3113 and 3114 to acquire the mineral interests in approximately 1,370 acres of land, more or less, located in unincorporated San Bernardino County, California (hereinafter the "Subject Property").

3. Prior to these condemnation proceedings, title to the Subject Property was vested in Southern Pacific Land Company, as evidenced by a Grant Deed, recorded January 7, 1974 in Book 8341, Page 2, of the official records of San Bernardino County. ECF No. 18, Exhibit 1.

4. On or around September 29, 1988, Southern Pacific Land Company merged into Santa Fe Pacific Realty Corporation, a Delaware corporation. ECF No. 18, Exhibit 2.

5. On or around May 24, 1990, Santa Fe Pacific Realty Corporation changed its name to Catellus Development Corporation, a Delaware corporation. ECF No. 18, Exhibit 3.

6. On or around December 1, 2003, Catellus Development Corporation merged into Catellus Operating Limited Partnership, a Delaware limited partnership. ECF No. 18, Exhibit 4.

7. On or around March 25, 2011, Catellus Operating Limited Partnership changed its name to PAC Operating Limited Partnership. ECF No. 18, Exhibit 5.

8. In its Complaint and Declaration of Taking, filed September 1, 2022, the United States identified the following as interested parties to the litigation: PAC Operating Limited Partnership ("PAC"), San Bernardino County, and Unknown Owners. ECF Nos. 1 and 3.

9. On September 30, 2022, the United States filed an executed Waiver of Service as to PAC. ECF No. 10.

10. On September 30, 2022, the United States filed a Disclaimer of Interest on behalf of San Bernardino County, which requested to be dismissed from this case. ECF No. 9.

11. On October 5, 2022, the United States completed service by publication on Unknown Owner pursuant to Fed. R. Civ. P. 71.1(d)(3)(B). ECF No. 11-1. The United States filed its Certification of Service by Publication as to Unknown Owners on October 7, 2022. *Id.*

12. At this time, service of process is complete, and no defendant has appeared or answered as provided by FRCP 71.1(e).

13. Title to the Subject Property passed to the United States pursuant to 40 U.S.C. § 3114(b) when the United States deposited its estimated amount of just compensation, $22,925.68, on September 15, 2022. ECF No. 8.

14. As a result of this condemnation, and by operation of 40 U.S.C. §§ 3113 and 3114, the United States has acquired the estate described in Schedule E of the Declaration of Taking. ECF No. 3 at p. 10.

15. The United States negotiated with PAC Operating Limited Partnership and came to an agreement that just compensation for the Subject Property is $22,925.68.

16. On December 5, 2022, the United States filed a Notice of Motion to set this matter for a Hearing to Determine Title and Just Compensation to take place on January 9, 2023. ECF. No. 16.

17. On December 5, 2022, the United States mailed a copy of the Notice of Motion setting that hearing to all parties for whom it had a known address and who had otherwise not disclaimed interest in the litigation.

18. Because no Defendants or landowners filed an Opposition to or submitted evidence regarding the United States' Motion or otherwise notified the Court of an intent to appear at the hearing on the United States' Motion, the Court found that the Motion was appropriate for decision without oral argument.

Based upon the foregoing findings of fact, the Court concludes:

1. The owner of the property interests condemned by the United States, on the date of taking, was PAC Operating Limited Partnership. Title to the property condemned belonged to PAC Operating Limited Partnership.

2. Title to the Subject Property transferred to the United States upon the filing of the Declaration of Taking and the deposit of estimated just compensation, as provided by 40 U.S.C. § 3114(b).

3. The full just compensation payable by Plaintiff, United States of America, for the taking of the property identified in the Complaint and Declaration of Taking (ECF Nos. 1 and 3) filed herein shall be the sum of $22,925.68, inclusive of interest.

4. Final Judgment will be entered against the United States in the sum of $22,925.68 (said sum being full and just compensation) in full satisfaction of any and all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action and the taking of the said property and all appurtenances thereunto.

5. San Bernardino County has disclaimed interest in this litigation and is hereby dismissed from the case. San Bernardino County failed to file an Opposition to the United States' Motion or submit any evidence to the Court demonstrating an ownership interest in the land condemned by the United States. Therefore, just compensation, along with any interest accrued since deposit of the United States' estimate of just compensation, shall be allocated entirely to PAC Operating Limited Partnership as full and just compensation for the Subject Property.

6. The Clerk of the Court is hereby directed to draw a check and distribute $22,925.68, together with any apportioned interest accrued thereon, to the entitled owner, PAC Operating Limited Partnership and mail to:

PAC Operating Limited Partnership
c/o Prologis, L.P.
Attn: Anne LaPlace
FVP, Senior Counsel
1800 Wazee Street, Suite 500
Denver, CO 80202

7. The Clerk of the Court shall close the case.

It is **SO ORDERED** on this 5th day of January 2023.

Hon. John F. Walter
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**